

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpalaw.com

*Admitted to Practice in New York and New Jersey



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

VIA CM/ECF

November 27, 2019

United States District Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

   **Re:**   *Deleston v. East Wingers Inc et al.*, **SDNY Case No.: 1:19-cv-3194-VEC**

Dear District Judge Caproni:

  Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and provided to counsel for the defendants Eden Roc Ltd. and Lloyd Goldman for review and execution Respectfully, we are requesting together with counsel for defendants Eden Roc Hotel Ltd. and Lloyd Goldman, a stay of all deadlines and conferences, for thirty (30) days so that the parties can finalize the settlement agreement.

  We thank this Honorable Court for its time and consideration in this matter.

Application DENIED. In its order dated November 1, 2019, Dkt. 41, the Court canceled all conferences and deadlines and directed the parties to submit their settlement within 30 days if they wish for the Court to retain jurisdiction to enforce their settlement agreement. Thus, there are no conferences and deadlines left to stay, as the parties have requested. The parties are warned to read the Court's orders carefully.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

SO ORDERED.

*[signature]* Valerie Caproni
12/2/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

  cc:   Donald Olenick, Esq. (*via CM/ECF*)
     Robert Moraco, Esq. (*via CM/ECF*)

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530   T: (516) 279-1555   F: (516) 213-0339   WWW.BASHPALAW.COM

68762v1